UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARDO BANDERA MEGRET,<br><br>                    Plaintiff,<br><br>             v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-350-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his application for disability benefits. Dkt. 8. The parties stipulate the case should be reversed and remanded. Dkt. 30. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing and further administrative proceedings, including but not limited to the following: The Administrative Law Judge (ALJ) will follow the special technique provided under 20 C.F.R. § 416.920a to determine the existence and severity of the claimant's medically determinable mental impairments. If necessary, the ALJ will then take any actions warranted to complete the remaining steps of the sequential evaluation process.

The parties stipulate that Mr. Megret is entitled to reasonable attorney fees pursuant to 28

REPORT AND RECOMMENDATION - 1

U.S.C. § 2412(d) and 42 U.S.C. § 406(b), upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that Chief United States District Judge Marsha J. Pechman immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 28th day of August, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge